## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JODY MICHAEL GAIL LOGSDON,**

    **Plaintiff,**

    v.                              **CASE NO.  17-3030-SAC-DJW**

**(FNU) EVANS, et al.,**

    **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated at the Reno County Jail in Hutchinson, Kansas ("RCJ"). On June 13, 2017, Magistrate Judge Waxse entered a Notice and Order to Show Cause (Doc. 9) ("NOSC"), directing Plaintiff to show cause by July 13, 2017, as to why this case should not be dismissed for failure to exhaust administrative remedies.  The NOSC finds that "[t]his action is subject to dismissal as it appears from the face of the Complaint that Plaintiff failed to fully and properly exhaust all available prison administrative remedies on his claim prior to filing this action in federal court."  The NOSC also sets forth additional deficiencies in Plaintiff's Complaint. Plaintiff has failed to respond to the NOSC within the allowed time.  Accordingly,

**IT IS THEREFORE ORDERED BY THE COURT** that this case is **dismissed without prejudice.**

**IT IS SO ORDERED**.

**Dated in Topeka, Kansas, on this 18th day of July, 2017.**

                                              **s/ Sam A. Crow**
                                              **SAM A. CROW**
                                              **U. S. Senior District Judge**